UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:13-cr-250-T-30TGW

TIFFANY LASHAUN MCINTYRE

**FORFEITURE MONEY JUDGMENT**

The United States' moves, pursuant to 18 U.S.C. § 982(a)(7), for a Forfeiture Money Judgment (Doc. 13) in the amount of $128,051.76 against defendant Tiffany Lashaun McIntyre, which represents the amount of proceeds she obtained as a result of the scheme to defraud the State of Florida Medicaid Department, in violation of 18 U.S.C. § 1347, for which she has been found guilty as charged in Count One of the Information.

Being fully advised in the premises, the Court hereby finds that the United States has established that the defendant obtained $128,051.76 in proceeds as a result of the health care fraud offense charged in Count One of the Information, for which she has been convicted. Accordingly, it is hereby

**ORDERED** that for good cause shown, the United States' motion (Doc. 13) is GRANTED.

It is FURTHER ORDERED that, pursuant to the provisions of 18 U.S.C. § 982(a)(7) and Rule 32.2(b)(2), Federal Rules of Criminal Procedure, defendant Tiffany Lashaun McIntyre is liable for a forfeiture money judgment in the amount of

$128,051.76, which represents the amount of proceeds the defendant obtained as a result of offense of conviction, in violation of 18 U.S.C. § 1347, as charged in Count One of the Information.

In accordance with the defendant's Plea Agreement (Doc. 3, at 10) and Rule 32.2(b)(4), Federal Rules of Criminal Procedure, this order of forfeiture will be final as to the defendant at the time it is entered.

The Court retains jurisdiction to enter any further order necessary for the forfeiture and disposition of any property belonging to the defendant, which the United States is entitled to seek as substitute assets under 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b)(1), up to and including the amount of the $128,051.76 forfeiture money judgment, and to address any third party claim that may be asserted in these proceedings.

**DONE** and **ORDERED** in Tampa, Florida on September 5, 2013.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies to:
All Counsel/Parties of Record

F:\Docs\2013\13-cr-250 forfeit fj 13.wpd