UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HONORABLE JAMES S. MOODY, JR.

| CASE NO. 8:13-cr-250-T-30TGW | DATE: September 18, 2013 |
|---|---|
| TITLE: USA v. **TIFFANY LASHAUN MCINTYRE** | |
| TIME: 9:00 - 9:15 A.M. | TOTAL: 15 minutes |

| Courtroom Deputy: Sara Boswell | Interpreter: NA |
|---|---|
| Court Reporter: Sherrill Jackson | Probation: Tashika Curtis |
| Counsel for Government: Kelley Clement Howard-Allen | |
| Counsel for Defendant: Jack R. Maro | |

## CRIMINAL MINUTES - SENTENCING REFORM ACT MINUTES

Deft sworn.

Defendant is adjudged guilty on Counts One and Two of the Information.

The Court grants in part [Dkt. 16] Defendant's motion for downward variance of sentence.

Imprisonment: 36 MONTHS. This term consists of 12 MONTHS as to Count One of the Information and a consecutive 24 MONTH term as to Count Two of the Information.

Supervised Release: 3 YEARS. This term consists of 3 YEARS as to Count One of the Information and a 1 YEAR term as to Count Two of the Information, all such terms to run concurrently.

Defendant shall be placed at FCI Coleman, if possible.

Fine is waived.

Restitution: $128,051.76 , payable to the Clerk, U.S. District Court, for distribution to the victim. *(See Criminal Monetary Penalties section of the Judgment for details)*

While in the Bureau of Prisons custody, the defendant shall either (1) pay at least $25 quarterly if the defendant has a non-Unicor job or (2) pay at least 50% of his monthly earnings if the defendant has a Unicor job. **Upon release from custody**, the defendant shall make monthly payments consisting of 10% of her net monthly earnings. At any time during the course of post-release supervision, the victim, the government, or the defendant, may notify the Court of a

material change in the defendant's ability to pay and the Court may adjust the payment schedule accordingly.

Special Assessment: $200.00 (X) To be paid immediately.

Special conditions of supervised release:

- Defendant shall be prohibited from incurring new credit charges, opening additional lines of credit, or obligating herself for any major purchases without approval of the probation officer. Defendant shall provide the probation officer access to any requested financial information.

- The mandatory drug testing provisions pursuant to the Violent Crime Control Act are waived. However, the Court orders the defendant to submit to random drug testing not to exceed 104 tests per year.

- Defendant is to cooperate in the collection of DNA as instructed by the Probation Officer.

Defendant to surrender to the designated institution as notified by the US Marshal.

Defendant advised of right to appeal and to counsel on appeal. The defendant is provided a Declaration of Intent to Appeal form and given instructions how to file the form with the Clerk's Office.

Forfeiture ordered by the Court. Forfeiture order entered on September 5, 2013 is made a part of the Judgment.

## GUIDELINE RANGE DETERMINED BY THE COURT AT SENTENCING

| | |
|---|---|
| Total Offense Level | 17 |
| Criminal History Category: | I |
| Imprisonment Range | 24 - 30 months (Count One) and a CONSECUTIVE 2 years (Count 2) |
| Supervised Release Range | 1 - 3 years (Count 1) and 1 year (Count 2) |
| Restitution: | $128,051.76 |
| Fine Range | $5,000 - $297,362.40 |
| Special Assessment | $200.00 |